IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:11-CV-00744-JLK

RIGHTHAVEN, LLC, a Nevada
limited liability company,

        Plaintiff,

v.

RAN DECISIONS, INC., a Colorado
corporation, and
BEN SCHLAPPIG, an individual,

        Defendants.

_____

## STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

Plaintiff Righthaven, LLC ("Righthaven") and Defendant Ran Decisions, Inc. ("Ran Decisions") respectfully submit the following Motion to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and in support thereof state as follows:

1.     The parties have agreed to a settlement of the claims which were or could have been asserted in this action.

2.     The parties have agreed that this action shall be dismissed, with prejudice. Each party shall bear its own attorney's fees and costs.

3.     Defendant Ben Schlappig has not been served with a summons and complaint in this action.  Nonetheless, Plaintiff agrees that claims which were or could have been asserted against said defendant are resolved by the settlement and that the

action should be dismissed, with prejudice, as to Defendant Schlappig as well as

Defendant Ran Decisions.

WHEREFORE, the parties pray that the Motion be granted.

DATED this 6th day of June, 2011.

Respectfully submitted,

SPARKS WILLSON BORGES
BRANDT & JOHNSON, P.C.

By      s/Scott W. Johnson
        Scott W. Johnson
        Matthew A. Niznik
        24 South Weber, Suite 400
        Colorado Springs, CO  80903
        Telephone: (719) 475-0097
        Fax: (719) 633-8477
        E-Mail:  swj@sparkswillson.com
                     man@sparkswillson.com
        *Attorneys for Defendant Ran Decisions, Inc.*

By      s/Steven G. Ganim
        STEVEN G. GANIM, ESQ.
        Righthaven, LLC
        9960 West Cheyenne Avenue, Suite 210
        Las Vegas, NV 89129-7701
        Telephone:  (702) 527-5900
        Fax:  (702) 527-5909
        E-Mail:  sganim@righthaven.com

        SHAWN A. MANGANO, ESQ.
        SHAWN A. MANGANO, LTD.
        9960 West Cheyenne Avenue, Suite 170
        Las Vegas, NV 89129-7701
        Telephone:  (702) 304-0432
        Fax:  (702) 922-3851
        E-Mail:  shawn@manganolaw.com

        *Attorneys for Plaintiff Righthaven, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2011, I electronically filed the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

STEVEN G. GANIM, ESQ.
Righthaven, LLC
sganim@righthaven.com

and

SHAWN A. MANGANO, ESQ.
SHAWN A. MANGANO, LTD.
shawn@manganolaw.com

*Attorneys for Plaintiff Righthaven, LLC*

By      s/ Scott W. Johnson
        Scott W. Johnson
        24 South Weber, Suite 400
        Colorado Springs, CO  80903
        Telephone: (719) 475-0097
        Fax: (719) 633-8477
        E-Mail:  swj@sparkswillson.com