**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 11-cv-00744-JLK**

**RIGHTHAVEN, LLC**, a Nevada limited liability company,

      Plaintiff,

v.

**RAN DECISIONS, INC.**, a Colorado corporation, and
**BEN SCHLAPPIG**, an individual,

      Defendants.

---

## ORDER
---

This matter is currently before me on the parties' Stipulated Motion to Dismiss with Prejudice (doc. 12) pursuant to Fed. R. Civ. P. 41(a)(2). Being fully advised in the premises, the motion is GRANTED. This action is dismissed with prejudice as to all named Defendants. Each party shall bear its own attorney's fees and costs.

Dated: June 7, 2011                          BY THE COURT:

                                                     **/s/ John L. Kane**
                                                     Senior U.S. District Judge